UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| SHEILA K. GETTINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV1434CAS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant, | ) | |

## ORDER

On August 17, 2011, due to an error in electronic case opening, the above styled case was inadvertently assigned an Eastern Division case number. However, the above referenced case requires an Southeastern Division case number.

Therefore, this case must be randomly reassigned a Southeastern Division case number.

**IT IS HEREBY ORDERED** that the Eastern Division case is closed and the case has been reassigned as Southeastern Division case number 1:11CV00149CAS and randomly assigned to District Judge Charles A. Shaw.

| | |
|---|---|
| August 18, 2011 | JAMES G. WOODWARD |
| DATE | CLERK OF COURT |
| | |
| | By /s/ Lori Miller-Taylor |
| | Deputy Clerk |

**In all future documents filed with the Court, please use the following case number: 1:11CV00149CAS.**